June D. Coleman (SBN 191890)
MESSER STRICKLER BURNETTE, LTD.
5960 South Land Park Drive #1059
Sacramento, CA 95822
(916) 502-1768 Direct
(312) 334-3475 Fax
jcoleman@messerstrickler.com

Attorneys for Defendant
MANDARICH LAW GROUP, LLP

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE NORTON,<br><br>       Plaintiff,<br><br>  vs.<br><br>MANDARICH LAW GROUP, LLP<br><br>       Defendant. | Case No. 1:22-cv-00327-AWI-SKO<br><br>**STIPULATION TO VACATE AND SET ASIDE DEFAULT AND ORDER**<br><br>**(Doc. 10)** |

**TO THE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Gayle Norton ("Plaintiff") and Defendant Mandarich Law Group ("Defendant") hereby stipulate to vacate and set aside the Clerk's Entry of Default entered on May 13, 2022 (Dkt. 7) as to Defendant.

## RECITALS

**WHEREAS** on March 22, 2022, Plaintiff filed her Complaint against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. § 1788, *et seq.*

**WHEREAS** the Clerk entered default against Defendant on May 13, 2022 (Dkt. 7); and

**WHEREAS** subsequent to the entry of the default, counsel for Plaintiff and Defendant met and conferred and agreed to stipulate to set aside the default.

**IT IS HEREBY STIPULATED** between Plaintiff, through counsel, and Defendant, through counsel, that the Clerk's Certificate of Entry of Default be set aside and Defendant,

1

STIPULATION TO VACATE AND SET ASIDE DEFAULT AND ORDER

Mandarich Law Group, LLP, be allowed up to and including June 8, 2022 to file its responsive pleading.

**IT IS SO STIPULATED.**

Dated:  May 25, 2022                               **MESSER STRICKLER BURNETTE, LTD.**

                                                   By:     /s/ June D. Coleman
                                                           June D. Coleman, Esq.
                                                           Attorney for Defendant
                                                           Mandarich Law Group, LLP


Dated: May 25, 2022                                **THE CARDOZA LAW CORPORATION**

                                                   By:     /s/ Lauren B. Veggian
                                                           Lauren B. Veggian, Esq.
                                                           Attorney for Plaintiff
                                                           Gayle Norton

## ORDER

Pursuant to the parties' foregoing stipulation (Doc. 10), the Clerk's Entry of Default (Doc. 7) is hereby SET ASIDE, and Defendant Mandarich Law Group, LLP has until June 8, 2022, to file its responsive pleading.

IT IS SO ORDERED.

Dated:  **June 1, 2022**                                   /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE

2

STIPULATION TO VACATE AND SET ASIDE DEFAULT AND ORDER